SOLOMON FLAUM v. UNITED STATES CASUALTY COMPANY.— Motion to
dismiss appeal granted, with ten dollars costs, unless appellant comply with
terms stated in order. Present — Clarke, P. J., Laughlin, Page, Shearn
and Merrell, JJ.

FRANK C. OWEN v. WILLIAM H. SCHOLZ and Others.— Application
denied, with ten dollars costs, and stay vacated. Order signed. Present —
Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

WILLIAM S. SALWAY v. THE A. H. MEYER COMPANY.— Application
denied, with ten dollars costs. Order signed. Present — Clarke, P. J.,
Laughlin, Page, Shearn and Merrell, JJ.

J. W. SAMUEL, INC., v. JOHN J. HAMS.— Application granted. Order
signed. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

PHILIP MANZ v. JOHN H. STOUTENBURGH.— Application denied, with
ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Page,
Shearn and Merrell, JJ.

GEORGE WHITTEL v. KATHARINE V. SIPP.— Application granted. Order
signed. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

ARTHUR A. WILLIAMS v. U. S. MANUFACTURERS EXPORT CORPORATION.—
Application granted. Order signed. Present — Clarke, P. J., Laughlin,
Page, Shearn and Merrell, JJ.

THE RUSSELL MANUFACTURING COMPANY v. THE AMERICAN BELT COR-
PORATION.— Application denied, with ten dollars costs, and stay vacated.
Order signed. Present — Clarke, P. J., Laughlin, Page, Shearn and
Merrell, JJ.

LEMON IMPORTING COMPANY v. THE GARFIELD SAVINGS BANK COMPANY.
— Application denied, with ten dollars costs. Order signed. Present —
Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

SAMUEL BRISKMAN v. CONTINENTAL TEXTILE CORPORATION and Others.
— Application denied, with ten dollars costs. Order signed. Present —
Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

I. X. L. MACHINE AND TOOL COMPANY, INC., v. TWIN BLADE COM-
PANY, INC.— Application denied, with ten dollars costs, and stay vacated.
Order signed. Present — Clarke, P. J., Laughlin, Page, Shearn and
Merrell, JJ.

HERMAN GOLDSMITH v. SAIDE HASRALLAH and Others.— Application
denied, with ten dollars costs, and stay vacated. Order signed. Present —
Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. ROMAINE BROWN